## BRADFORD DYEING ASSOCIATION, INC.

v.

## J. STOG TEC GMBH

No. 99-440-A.

Supreme Court of Rhode Island.

March 30, 2001.

Gerald John Petros, Alexandria K. Callam, Providence.

James E. Purcell, Jeffrey H. Gladstone, Melissa E. Darigan, Providence.

## O R D E R

The petition for reargument and reconsideration, as prayed, is denied.